IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **AMY TIPTON, on Behalf of Herself and All Others Similarly Situated,** § § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 4:19-cv-01003-P | |
| § | | |
| **3B INSPECTION, LLC,** § § § § | | |
| Defendant. § | | |

## FINAL JUDGMENT

In accordance with the Court's Order (ECF No. 39) issued this date, the Court finds it appropriate to issue this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **29th day** of **January, 2021**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE